# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL KLEIN,<br><br>        Plaintiff,<br><br>  vs.<br><br>C. MILLER, et al.,<br><br>        Defendants. | 1:15-CV-00742 DAD DLB PC<br><br>ORDER GRANTING EXTENSION OF TIME TO FILE FIRST AMENDED COMPLAINT<br><br>[THIRTY DAY DEADLINE] |

      Plaintiff Michael Klein ("Plaintiff") is a state prisoner in the custody of the California Department of Corrections and Rehabilitation ("CDCR"). Plaintiff is proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983.

      On March 7, 2016, the Court issued a screening order dismissing the complaint with leave to amend for failure to state a claim. Plaintiff was directed to file an amended complaint within (30) days. Over thirty days passed and Plaintiff failed to comply. Plaintiff was advised that failure to file an amended complaint within the allotted time would result in dismissal for failure to state a claim. Therefore on April 20, 2016, the Court issued a Findings and Recommendation that the action be dismissed with prejudice for failure to state a claim. On May 9, 2016, Plaintiff filed objections to the Findings and Recommendation. Plaintiff states he has been in a 5150 crisis unit four times in the past four months. In addition, he states he is now incarcerated in the Fresno County Jail serving a sentence for possession of a controlled

1

substance.  Plaintiff states he is having difficulties accessing the law library in Fresno County Jail for supplies and legal research.  It appears that the difficulties Plaintiff is experiencing stem from his own bad acts.  Being convicted of a new crime and having to serve a new sentence does not amount to a showing of good cause.  Nevertheless, in light of his repeated placement in a crisis center, the Court will grant Plaintiff an extension of time of thirty days to file an amended complaint.  If Plaintiff files an amended complaint in the allotted time, the Court will vacate the Findings and Recommendation.  If Plaintiff fails to comply within the thirty days, the Court will submit the Findings and Recommendation to the District Judge.

**ORDER**

Accordingly, IT IS HEREBY ORDERED that Plaintiff is GRANTED thirty days to file an amended complaint.

IT IS SO ORDERED.

Dated:  **May 11, 2016**                          **/s/ Sandra M. Snyder**
                                         UNITED STATES MAGISTRATE JUDGE

2